IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH PRESTI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 CV 7393 |
| | ) | |
| v. | ) | Judge |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

     Defendant City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully requests removal of the above entitled action to this Court, pursuant to 28 U.S.C. §1441(a) and §1446(a), based on the following grounds:

     1.    Petitioner is a defendant in the civil action filed on June 21, 2016, in the Circuit Court of Cook County of the State of Illinois, No. 2016 L 006121, entitled, JOSEPH PRESTI, v. CITY OF CHICAGO.  See Complaint attached hereto as Exhibit A.

     2.    The Summons and Complaint was served upon defendant, City of Chicago, on June 24, 2016.

     3.    The above-described action is a three-count complaint in which plaintiff alleges a claim of disability discrimination and failure to accommodate in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. ("ADA")  See Exhibit A, Paragraphs 13-19.

     4.    Defendant is entitled to remove this action pursuant to the provisions of 28 U.S.C. § 1441(a) in that it appears from the face of the complaint that it is founded on a claim or right arising under the laws of the United States.  The district courts of the United States have original jurisdiction over matters brought under the ADA.  42 U.S.C. §12117(a).

WHEREFORE, Defendant City of Chicago respectfully requests that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, Case number 2016 L 006121, be removed from there to this Court.

                                                      Respectfully submitted,

                                                      STEPHEN R. PATTON
                                                      Corporation Counsel for City of Chicago

By:    *s/J. Ernest Mincy*
          J. Ernest Mincy
          Chief Asst. Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312/742-0094

Dated:   July 20, 2016