## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Joseph Presti

                Plaintiff,

v.                               Case No.: 1:16–cv–07393
                                        Honorable Gary Feinerman

City Of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2016:

        MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. Plaintiff's oral motion to dismiss federal claims with prejudice is granted. Plaintiff's claims under the Americans with Disabilities Act and the United States Constitution are dismissed with prejudice. For the reasons stated on the record, Plaintiff's motion to remand [7] is granted. This case is remanded forthwith to the Circuit Court of Cook County for further proceedings; the Clerk need not wait fourteen days to effectuate the remand. Civil case remanded.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.